Andrew R. Nelson (SBN 214895)
FORWARD COUNSEL LLP
4340 Von Karman Avenue, Suite 380
Newport Beach, California 92660
Telephone: (949) 258-9359
Facsimile: (949) 273-1070
Email: anelson@forwardcounsel.com

Attorneys for Third-Party Defendant,
KEITH BRIEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL NO.: 3084 CRB <br><br> Judge: Honorable Charles Breyer <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| This Document Relates to: <br><br> *J.B. v. Uber Technologies, Inc., et al* <br> Case No. 3:23-cv-05876-CRB | |

    Third-Party Defendant Keith Brien ("Third-Party Defendant") by and through his counsel, stipulates as follows:

    1.    On November 5, 2024, Defendants and Third-Party Plaintiffs Uber Technologies, Inc. and Rasier, LLC (collectively, "Defendants" and "Third-Party Plaintiffs") filed its Third-Party Complaint against Third-Party Defendant.

    2.    Third-Party Plaintiffs served its Complaint and Summons on Third-Party Defendant on November 20, 2024.

3. Third-Party Defendant's responsive pleading was due on December 11, 2024.

4. Under Local Rule 6-1(a), the parties agree to extend Third-Party Defendant's deadline to file a responsive pleading to December 31, 2024.

**IT IS SO STIPULATED.**

DATED: December 16, 2024    FORWARD COUNSEL LLP

By: _____
Andrew R. Nelson
Attorneys for Third-Party Defendant
Keith Brien

DATED: December 16, 2024    SHOOK, HARDY & BACON L.L.P.

By: /s/*Michael B. Shortnacy*
Michael B. Shortnacy
Attorneys for Defendants and Third-Party Plaintiffs
UBER TECHNOLOGIES, INC., RASIER, LLC; AND RAISER-CA, LLC

## CERTIFICATE OF SERVICE

I, hereby certify that on December 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

By: _____
Andrew R. Nelson
FORWARD COUNSEL LLP
4340 Von Karman Avenue, Suite 380
Newport Beach, California 92660
Telephone: (949) 258-9359
Facsimile: (949)273-1070
Email: anelson@forwardcounsel.com

Attorneys for Third-Party Defendant
KEITH BRIEN